UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **TRACY WRIGHT** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **MEMPHIS POLICE ASSOCIATION, INC., MICHAEL WILLIAMS, Individually and in his Official capacity; and ESSICA CAGE-LITTLEJOHN, Individually and in her capacity as supervisor** | **CASE NO: 14-2913-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on July 25, 2016, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 7/25/2016                              THOMAS M. GOULD
                                             Clerk of Court

                                             s/Terry L. Haley
                                             (By)  Deputy Clerk